**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| ROBERT SAYERS,<br><br>　　　　　Plaintiff,<br>v.<br><br>NATIONAL RECOVERIES, INC.; FIRST AMERICAN CREDCO; CERTEGY CHECK SERVICES, INC.; TCF NATIONAL BANK MINNESOTA; TRANS UNION LLC; EQUIFAX, INC. D/B/A EQUIFAX INFORMATION SERVICES, INC.; and CSC CREDIT SERVICES, INC.;<br><br>　　　　　Defendants. | Civil No. 04-2916 (JRT/FLN)<br><br>**ORDER** |

Thomas J. Lyons and Thomas J. Lyons, Jr., **LYONS LAW FIRM, P.A.**, 342 County Road D East, Little Canada, Minnesota 55117, for plaintiff.

Lewis P. Perling, **KILPATRICK STOCKTON**, 1100 Peachtree Street, Suite 2800, Atlanta, Georgia 30309, for defendant Certegy Check Services, Inc.

Chad M. Pinson, **BAKER BOTTS**, 2001 Ross Avenue, Suite 600, Dallas, Texas 75201, for defendant CSC Credit Services, Inc.

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the above-entitled action against Defendants, shall be and hereby is dismissed with prejudice on its merits with prejudice and without costs, disbursements or attorneys fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 31, 2005
at Minneapolis, Minnesota

　　　　　　　　　　　　　　　　　　　　　　　　s/John R. Tunheim
　　　　　　　　　　　　　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　United States District Judge